UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THE RUBBER SHOP, INC., d/b/a ROYAL RUBBER COMPANY, VICTOR GRABOVEZ and CLAIRE GRABOVEZ )<br><br>Plaintiffs )<br><br>vs. )<br><br>BENICORP INSURANCE COMPANY and B.J. RANDALL, d/b/a B.J. RANDALL & ASSOCIATES )<br><br>Defendants ) | CAUSE NO. 3:05-CV-279 RM |

<u>OPINION AND ORDER</u>

On March 9, Benicorp moved the court to reconsider its February 13, 2006 and dismiss counts I, V, VI, and VII to the extent that Royal Rubber seeks to recover thereunder. Royal Rubber's response stated "Counts I, V, VI, and VII of Plaintiff's [sic] Amended Complaint . . . do not include any claims by Royal Rubber against Benicorp." Response at p.3. In light of Royal Rubber's response, Benicorp has not shown good cause to reconsider the February 13 order, and the motion is DENIED. [Doc. No. 54].

SO ORDERED.

ENTERED:  August 8, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court